THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PRADO, Appellant.

Submitted August 2, 2004; decided August 31, 2004

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SMITH, Appellant.

Submitted July 26, 2004; decided August 31, 2004

Motion for assignment of counsel granted and Edward J. Nowak, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR T. THOMAS, Appellant.

Submitted August 2, 2004; decided August 31, 2004

Motion for assignment of counsel granted and Kent V. Moston, Esq., Legal Aid Society of Nassau County, NY, One Helen Keller Way, Hempstead, NY 11550 assigned as counsel to the appellant on the appeal herein.

THOMAS RILEY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted June 1, 2004; decided August 31, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.